### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| **PAUL LORKOWSKI,**<br><br>            **Plaintiff,**<br><br>    v.<br><br>**ERB INDUSTRIES, INC.,**<br><br>            **Defendant.** | Case No: 1:20-cv-03255-SEB-MG |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Paul Lorkowski and Defendant ERB Industries, Inc. have filed their Joint Stipulation of Dismissal seeking dismissal of this matter with prejudice. The Court has examined the Stipulation and now finds that the matter should be dismissed.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice. Each party shall bear its own costs.

So ORDERED this   14th   day of   June   , 2021.

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to ECF counsel of record.